**FILED
CLERK**

2/18/2021 10:25 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Michelle Tenzer-Fuchs, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

Princess Polly, USA., Inc.
                Defendant.

Case No. 2:20-cv-3873

**NOTICE OF VOLUNTARY
DISMISSAL
WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
           February 17, 2021

Case closed.
SO ORDERED.
/s/ JMA, USDJ
2/18/2021

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jonathan@ShalomlawNY.com

*Attorneys for Plaintiff*